No. —, original. Ex parte Edmond C. Fletcher. February 26, 1940. Motion for leave to file petition for writ of mandamus denied.

Nos. —, —, original. Ex parte R. L. Scott. February 26, 1940. Motions for leave to file petitions for writs of mandamus denied.

No. 476. United States *v.* Northern Pacific Railway Co. et al.; and

No. 477. Northern Pacific Railway Co. et al. *v.* United States. February 26, 1940. Motion of the Minority Stockholders of the Northern Pacific Railroad Company for leave to appear and present oral argument in these cases denied.

No. 210. Morgan, Executor, *v.* Commissioner of Internal Revenue. February 26, 1940. The opinion is amended by striking from the first line of the second full paragraph on page 2 the words "it is conceded that", and by striking from the first line of the fourth full paragraph on page 3 the words "it is conceded that". The petition for rehearing is denied.

Opinion reported as amended, *ante,* p. 78.